## Case No. 1,484.

### BLAIR v. BEMIS.

District Court, D. Connecticut. 1863.

ATTACHMENT — NONRESIDENTS OF THE DISTRICT— ACT SEPT. 24, 1789.

[In admiralty. This was a civil suit against inhabitants of the district of Massachusetts, none of whom were found in the district of Connecticut at the time of serving the writ. The power to issue process of foreign attachment under these circumstances was held not to exist under the judiciary act of September 24, 1789, § 11 (1 Stat. 78). Opinion by SHIPMAN, District Judge; nowhere reported, and not now accessible.]

[Questioned in Atkins v. Fibre Disintegrating Co., Case No. 600. Approved in Atkins v. Fibre Disintegrating Co., Id. 602. Questioned in Cushing v. Laird, Id. 3,508.]